SYLVESTER J. BROWN, Plaintiff, v. ANDREA LA SALA & SONS, INC., et al., Defendants. ANDREA LA SALA & SONS, INC., Third-Party Plaintiff-Appellant, v. CENTURY INDEMNITY COMPANY, Third-Party Defendant-Respondent. SYDNEY SMITHLINE, Plaintiff, v. ANDREA LA SALA et al., Defendants. ANDREA LA SALA, Third-Party Plaintiff-Appellant, v. CENTURY INDEMNITY COMPANY, Third-Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and

disbursements to the respondent, without prejudice to an application to implead in accordance with the provisions of section 193-a of the Civil Practice Act. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Botein, JJ.